1 | Plaintiff's Counsel:
2 | Jayne Conroy
  | Hanly Conroy Bierstein Sheridan
  |   Fisher & Hayes LLP
3 | 112 Madison Avenue
  | New York, New York 10016-7416
4 | (212) 784-6400
  | (212) 284-6420 (fax)
5 |
6 | -and-
7 | SimmonsCooper LLC
  | 707 Berkshire Blvd.
  | East Alton, IL 62024
8 | (618) 259-2222
  | (212) 259-2251 (Fax)
9 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Lorenzo S. and Sarah Black, et. al., vs. Pfizer, Inc.,*.<br>*MDL No. 06-2887:* <u>Plaintiff Donald R. Smith</u> | |

Come now the Plaintiffs, Donald R. Smith, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal with prejudice of Plaintiffs, **Donald R. Smith's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009      By: _____
                                   Jayne Conroy
                                   **HANLY CONROY BIERSTEIN**
                                   **SHERIDAN FISHER & HAYES LLP**
                                   112 Madison Avenue
                                   New York, New York 10016-7416
                                   (212) 784-6400
                                   (212) 784-6420 (Fax)
                                   Email: jconroy@hanlyconroy.com

                    -and-

                                   **SIMMONSCOOPER LLC**
                                   707 Berkshire Blvd.
                                   East Alton, IL 62024
                                   (618) 259-2222
                                   (618) 259-2251 (Fax)

                                   *Counsel for Plaintiff.*

Dated: _____March 11__, 2009      By: _____
                                   Michelle W. Sadowsky
                                   **DLA PIPER US LLP**
                                   1251 Avenue of the Americas
                                   New York, New York 10020-1104
                                   (212) 335-4625
                                   (212) 884-8675 (Fax)

                                   *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30, 2009    By: _____
                                       United States District Court